IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____
_____ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FILED
JAMES J. VILT, JR. - CLERK
APR 21 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MiNNie DONALd
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

UNited States ENrichmeNt CorpoEAtioN
CeNtrus ENergY
MetroPOLitAN LifeINS. Co.

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

mArK EdWArdS

**Complaint for a Civil Case**

Case No. 5:23-cv-50-BJB
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | MiNNie DONALd |
| Street Address | P.O.Box 7914 |
| City and County | PAduCAh, McCrACKeN |
| State and Zip Code | KeN+uCKY 42002 |
| Telephone Number | 2704429517 |
| E-mail Address | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | UNited StAtes ENrichment.Corp |
| Job or Title (if known) | CLerK |
| Street Address | 5600 Hobbs Rd. |
| City and County | West PAduCAh |
| State and Zip Code | KeN+uCKY 42086 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | CeN+rus ENergy For U.S.E.C- |
| Job or Title (if known) | |
| Street Address | 6901 Rock Ledge Dr. Suite 800 |
| City and County | Ve+hesdA |

State and Zip Code    MAryLANd 20817

Telephone Number    13015643200

E-mail Address
(if known)

Defendant No. 3

Name    MetropolitAN Life INS. Co.

Job or Title    DiSAbility For U.S.E.C.
(if known)

Street Address    P.O. Box 14590

City and County    LexiNg+oN

State and Zip Code    KeN+ULKY 40512

Telephone Number    1800 2438786

E-mail Address    CoNSoLidA+ed NUCLAr Security, LLC
(if known)    602 SCArboro Rd. OAKridge, TN. 37830

Defendant No. 4

Name    KeN+UCKY WorKers Comp. BoArd

Job or Title    WorKers CompeNSA+ioN
(if known)    CeN+rus ENergy IN chArge

Street Address    6901 RocK Ledge Dr. Suite 800

City and County    VethesdA

State and Zip Code    MAryLANd 20817

Telephone Number    13015643200

E-mail Address
(if known)    KeN+ULKY WorKets ComA BoArd
500 mero S+. 3rd FLoor
FrANKFort KY.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 3

Name

Job or Title
(if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address
(if known)

Defendant No. 4 5

Name          MArk EdwArds

Job or Title  AttorNey
(if known)

Street Address  222 WALter Jetton BLVd.

City and County  PAducAh McCrACKeN

State and Zip Code  KeNtuCKY 42003

Telephone Number  270 9084914

E-mail Address
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* U.S.E.C. _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* Kentucky _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

① Centrus Energy For USEC owe #23.091.64
② MetLife INS Co For USEC owe #20.317.44 X 15 Years = #304.761.60 + Interest 12%

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

① Centrus Energy Denied my State Workers Comp. Thats Due me. They owe 66.⅔ OF my Last Gross Income #34,637.50 -#444.07 Per week X 52 weeks = #23,091.64 + Interest From July 18, 2019 That's when They Accepted my Chronic Beryllium Claim That qualified me For W. Comp They Said I had 20 Years From my Last Employment - That's FALSE - I was Not Diagnosed And Accepted when I Left work.

② I left work Because of Disability due To Chemical Exposure Dec. 14, 1994 They Payed me Short Term disability For one Year And Long Term For 3 Years, They were Supposed To Put me on Permanent until my Retirement Age April 9-2013. But in Aug. 1998 They Stopped, Turminated And Robbed me of my Long Term Disability. I Appealed Repeately, To No Avail. They owe me Back + Interest.

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

③ IN 2001 Congress Put The Program Together For The sick Workers To get Paid For ILLness From Chemical exPosure Instead oF getting HeLP, They Fight To Stop sick Workers From geting Accepted. After Fighting For 22 years I have 15 APProved_15 Denied RePeAteLY, I AM oNLY qUALiFied For medical BeNeFit oNLY. The Limit oF money Are So Low I CANt getPAid ANY more Congress Need To RAise The Low Limit.

### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4. 21 , 2023

Signature of Plaintiff    Minnie Donald

Printed Name of Plaintiff    miNNie DONALd

### B.    For Attorneys

Date of signing: _____ , 20__ .